# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2016

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Barreca, Marc L. | United States Bankruptcy Court, Western District of WA | 9/08/2017 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| Bankruptcy Judge | ☐ Nomination    Date<br>☐ Initial    ☑ Annual    ☐ Final<br>5b. ☑ Amended Report | 01/01/2016<br>to<br>12/31/2016 |

**7. Chambers or Office Address**

United States Courthouse
700 Stewart Street, Room 7121
Seattle, WA 98101

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

# I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☑ **NONE** *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

# II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ **NONE** *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| Barreca, Marc L. | 9/08/2017 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

[✓] NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

[ ] NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2016 | City of Seattle -- Wages |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS *-- transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

[ ] NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | American Bar Association | 04/06/2016 - 04/09/2016 | Montreal, QC, Canada | Attend ABA Spring Meeting | Airfare, lodging, meals and transportation |
| 2. | National Conference of Bankruptcy Judges and the American Bar Association | 10/26/2016 - 10/28/2016 | San Francisco, CA | Attend National Conference of Bankruptcy Judges | Airfare, lodging, meals and transportation |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Barreca, Marc L. | 9/08/2017 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

✔ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

✔ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Barreca, Marc L. | 9/08/2017 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐    NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets)<br><br>Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1.    Washington Federal (Account) (X) | A | Interest | K | T | | | | | |
| 2.    Seattle Metro Credit Union (Account) | A | Interest | L | T | | | | | |
| 3.    Sound Credit Union (Account) | A | Interest | J | T | | | | | |
| 4.    Advisors Disc Trust UIT 1005 | A | Dividend | J | T | | | | | |
| 5.    American Century GNMA (fka Amcent: Ben GNMA) | C | Dividend | M | T | | | | | |
| 6.    I Shares MSCI Emerging Markets | A | Dividend | J | T | | | | | |
| 7.    I Shares MSCI EAFE Index | A | Dividend | K | T | | | | | |
| 8.    I Shares S&P Mid 400 Index (fka I Shares S&P Mid Blend) | A | Dividend | J | T | | | | | |
| 9.    Schwab Mid Cap Index | A | Dividend | L | T | | | | | |
| 10.    I Shares S&P Mid 400 Value Index | A | Dividend | J | T | | | | | |
| 11.    I Shares Trust Dow Jones | A | Dividend | J | T | | | | | |
| 12.    I Shares S&P US Preferred Stock Index | B | Dividend | K | T | | | | | |
| 13.    I Shares S&P Small 600 Index (fka I Shrs S&P Smallcap Blend) | A | Dividend | K | T | | | | | |
| 14.    I Shares S&P Small 600 Growth | A | Dividend | K | T | | | | | |
| 15.    I Shares S&P Small 600 Value Index | A | Dividend | J | T | | | | | |
| 16.    American Funds Capital Income Builder Fund | A | Dividend | K | T | | | | | |
| 17.    American Funds Income Fund of America | A | Dividend | K | T | | | | | |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Barreca, Marc L. | 9/08/2017 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Credit Suisse Commodity Ret Strategy | A | Interest | J | T | | | | | |
| 19. Lazard Developing Markets | A | Dividend | J | T | | | | | |
| 20. Oppenheimer Developing Markets | A | Dividend | J | T | | | | | |
| 21. Wells Fargo & Co. (Account) | A | Interest | | | Closed | 01/15/16 | J | A | |
| 22. American Funds EuroPacfic | A | Dividend | K | T | | | | | |
| 23. Artisan International | A | Dividend | K | T | | | | | |
| 24. American Funds Washington Mutual Investors Fund | A | Dividend | K | T | Buy | 05/02/16 | K | | |
| 25. Ford Motor Company | A | Dividend | J | T | Buy | 01/15/16 | J | | |
| 26. JHancock3 Disciplined Equity Fund | A | Dividend | J | T | Buy | 05/02/16 | J | | |
| 27. Loomis Sayles Growth Fund | A | Dividend | K | T | Buy | 09/16/16 | K | | |
| 28. Lord Abbett Short Duration | B | Dividend | K | T | Buy | 01/15/16 | K | | |
| 29. MFS Value Fund | A | Dividend | J | T | Buy | 05/02/16 | J | | |
| 30. Microsoft Corporation | A | Dividend | J | T | Buy | 01/15/16 | J | | |
| 31. Oracle Corporation | A | Dividend | J | T | Buy | 01/15/16 | J | | |
| 32. Russell Global Real Estate Fund | A | Dividend | J | T | Buy | 05/02/16 | J | | |
| 33. Schwab Diversified Emerging Markets Fund | A | Dividend | J | T | Buy | 01/15/16 | J | | |
| 34. Schawb Govt Securities Fund | A | Dividend | K | T | Buy | 01/15/16 | K | | |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. Schwab International Equity | A | Dividend | J | T | Buy | 01/15/16 | J | | |
| 36. Schwab S&P 500 Index | B | Dividend | M | T | Sold (part) | 12/19/16 | J | A | |
| 37. Schwab US Aggregate Bond | A | Dividend | K | T | Buy | 01/15/16 | K | | |
| 38. Schwab US Large Growth | A | Dividend | J | T | Buy | 01/15/16 | J | | |
| 39. Schwab US Small Blend | A | Dividend | L | T | | | | | |
| 40. Toyota Motor Corp ADR | A | Dividend | J | T | | | | | |
| 41. Vanguard Intermediate Tax Exempt Bond | B | Dividend | L | T | | | | | |
| 42. American Funds Captial Income Builder | A | Dividend | K | T | | | | | |
| 43. American Funds Income Fund of America | A | Dividend | K | T | | | | | |
| 44. American Balanced Fund | A | Dividend | K | T | Sold (part) | 06/15/16 | J | A | |
| 45. Loomis Sayle Growth Fund | A | Dividend | J | T | Buy | 05/02/16 | J | | |
| 46. Oppenheimer Develping Markets | A | Dividend | J | T | | | | | |
| 47. PIMCO Foreign Bond Fund | A | Dividend | K | T | | | | | |
| 48. Powershares QQQ | A | Dividend | L | T | Sold (part) | 08/26/16 | J | D | |
| 49. Schwab Money Market | A | Dividend | M | T | | | | | |
| 50. Schwab Retirement Money Market | A | Dividend | J | T | Sold (part) | 12/30/16 | J | A | |
| 51. Schwab US Mid Blend | A | Dividend | L | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Barreca, Marc L. | 9/08/2017 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. SPDR S&P 500 | A | Dividend | K | T | Sold (part) | 08/26/16 | J | D | |
| 53. Vanguard REIT | B | Dividend | K | T | Sold (part) | 08/26/16 | J | C | |
| 54. Vanguard REIT Index | B | Dividend | K | T | | | | | |
| 55. Columbia Large Growth III Fund | A | Dividend | | | Sold | 09/15/16 | J | D | |
| 56. Delafield Fund | A | Dividend | L | T | Sold (part) | 12/15/16 | J | D | |
| 57. Schwab US REIT | A | Dividend | J | T | Buy | 01/15/16 | J | | |
| 58. Silver Standard Resources | A | Dividend | J | T | Buy | 01/15/16 | J | | |
| 59. US Geothermal | A | Dividend | J | T | Buy | 01/15/16 | J | | |
| 60. Baird Mid Cap Investors | A | Dividend | J | T | Buy | 01/15/16 | J | | |
| 61. Schwab IRA - UST Infl IDX | A | Dividend | | | Sold | 01/15/16 | K | | |
| 62. Schwab Cash & Money Market | A | Int./Div. | K | T | | | | | |
| 63. Schwab Cash & Money Market (IRA) | A | Interest | J | T | | | | | |
| 64. Bank of America (Account) | A | Interest | M | T | | | | | |
| 65. Key Bank (NGC) (Account) | A | Interest | | | Sold | 05/02/16 | M | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Barreca, Marc L. | 9/08/2017 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Married May 9, 2015.

New this year, Judge Barreca's financial advisor prepared Part VII Investments and Trusts section so the accounts were listed in a different order than in the 2015 report and may be referenced with a different name for the same investment.
To assist with understanding the different names between the 2015 and 2016 reports, we are providing the information below:

No. 1: This account started in 2015 but was below the reporting threshold amount at the end of the 2015 reporting period.

No. 8: I Shares S&P Mid 400 Index(fka I Shares S&P Mid Blend) - #28 in 2015 report. The listing order for this item and name change were the result of assistance by my financial advisor. The investment did not change.

No. 13: I Shares S&P Small 600 Index (fka I Shrs S&P Smallcap Blend) - #32 in 2015 report. The listing order for this item and name change were the result of assistance by my financial advisor. The investment did not change.

No. 24: American Funds Washington Mutual Investors Fund: This investment was purchased on 5/2/16. This transaction information was inadvertently omitted from the 2016 annual report.

No. 26: JHancock3 Disciplined Equity Fund: This investment was purchased on 5/2/16. This transaction information was inadvertently omitted from the 2016 annual report.

Nos. 27: Loomis Sayles Growth Fund: This investment was purchased on 9/16/16. This transaction information was inadvertently listed as "sold (part)" instead of a "buy" in the 2016 annual report.

No. 29: MFS Value Fund: This investment was purchased on 5/2/16. This transaction information was inadvertently omitted from the annual 2016 report.

No. 32: Russell Global Real Estate Fund: This investment was purchased on 5/2/16. This transaction information was inadvertently omitted from the 2016 annual report.

No. 45: Loomis Sayles Growth Fund: This investment was purchased 9/16/16 (Nancy Craver - spouse). This transaction information was inadvertently listed as "sold (part)" instead of a "buy" in the 2016 annual report.

No. 49: Schwab Money Market: This item was listed as No. 40 (-Schwab Money Market) in the 2015 annual report. The listing order for this item and name change were the result of assistance by my financial advisor.
The investment did not change.

No. 50: Schwab Retirement Money Market: This item was listed as No. 25 (-Schwab Money Market) in the 2015 annual report. The listing order for this item and name change were the result of assistance by my financial advisor.
The investment did not change.

No. 52: SPDR S&P 500 (fka -SPDR Trust Unit SR). This item was listed as No. 34 in the 2015 annual report. The listing order for this item and name change were the result of assistance by my financial advisor.
The investment did not change.

No. 61. Schwab IRA - UST Infl IDX: Value code changed to correct error.

No. 62: Schwab Cash & Money Market: This item was listed as No. 45 (-Schwab Cash & Money Market NGC) in the 2015 annual report. The 2016 report was amended to provide the name of the financial institution - Schwab.
The investment did not change. Value code changed to correct error.

No. 63: Schwab Cash & Money Market (IRA): This item was listed as No. 50 (-Cash & Money Market NGC) in the 2015 annual report. This 2016 report was amended to provide the name of the financial institution - Schwab.
The investment did not change. Value code changed to correct error.

No. 64: Bank of America (Account): Value code changed to correct error.

No. 65: Key Bank (NGC): This item was listed as No. 52 in the 2015 annual report. This account was closed in 2016 and was inadvertently omitted in the 2016 annual report.

| Name of Person Reporting | Date of Report |
|---|---|
| Barreca, Marc L. | 9/08/2017 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: s/ **Marc L. Barreca**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544